```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zurich American Insurance Company,

                Plaintiff,

-against-

Accredited Surety and Casualty Company, Inc.,

                Defendant.

1:22-cv-10887 (ALC) (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The parties are directed to appear for a telephone conference on Monday, October 16, 2023, at 3:00 p.m. to discuss the status of this action, including the issues raised in the parties' Joint Letter filed at ECF No. 23. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:      New York, New York
             October 10, 2023

_____
STEWART D. AARON
United States Magistrate Judge