USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zurich American Insurance Company,

      Plaintiff,

-against-

Accredited Surety and Casualty Company, Inc.,

      Defendant.

1:22-cv-10887 (ALC) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, December 4, 2023, at 9:30 a.m. The conference shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

  The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:  New York, New York
     October 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge