UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>  -against-<br><br>ACCREDITED SURETY AND CASUALTY COMPANY, INC.,<br><br>       Defendant. | 22-cv-10887 (ALC) (SDA)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 5, 2023
    New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**